PEOPLE ex rel. HOYT, Appellant, v. BOARD OF TRUSTEES OF VILLAGE OF NEW BRIGHTON et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 31, 1897.) Action by the people of the state of New York, on the relation of Louis T. Hoyt, against the board of trustees of the village of New Brighton and Thomas H. Harper and others,· trustees, etc. No opinion. Determination reversed, and assessment vacated, with $10 costs and disbursements, on the authority of Seaman v. Dickinson, 1 App. Div. 19, 36 N. Y. Supp. 748.

PEOPLE ex rel. HYDE v.· SHEFFIELD et al. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Application for peremptory writ of mandamus by the people of the state of New York, by relation of David Hyde, against James R. Sheffield and others, as fire commissioners. George N. Messiter, for appellant. William L. Findley, for respondents.

PER CURIAM. For the reasons stated in the case of People v. Sheffield (decided herewith) 48 N. Y. Supp. 796, the order appealed from is affirmed, with costs.

PEOPLE ex rel. ISELIN, Respondent, v. TILFORD et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 14, 1897.) Action by the people of the state of New York, on the relation of C. Oliver Iselin, against William H. Tilford and others, assessors of the town of Mamaroneck. No opinion. Appeal dismissed, with $10 costs and disbursements, on authority of People v. McNamara, 18 App. Div. 17, 45 N. Y. Supp. 456.

PEOPLE ex rel. KELLY et al., Respondents, v. LASHER et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 30, 1897.) Action by the people of the state of New York, on the relation of George W. Kelly and others, against George H. Lasher, as commissioner of highways, etc., and others. No opinion. Judgment and order affirmed, with costs.

PEOPLE ex rel. McINTYRE, Appellant, v. McMILLEN et al., Respondents. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by the people of the state of New York, on the relation of James F. McIntyre, against Samuel McMillen and others. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. NEW YORK LOAN & IMPROVEMENT CO. v. ROBERTS. (Su-preme Court, Appellate Division, Third Department. November 10, 1897.) Action by the people of the state of New York, on the relation of the New York Loan & Improvement Company, against James A. Roberts, as comptroller. No opinion. Determination of the comptroller confirmed, with $50 costs and disbursements. All concur, except PARKER, P. J., and MERWIN, J., dissenting.

PEOPLE ex rel. QUINN, Appellant, v. MOSS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by the people of the state of New York, on the relation of Christopher Quinn, against Frank Moss and others. H. Nathan, for appellant. T. Farley, for respondents. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. SCHUSTER v. HUMPHREY et al. (Supreme Court, Appellate Division, Second Department. November 30, 1897.) Action by the people of the state of New York, on the relation of Adam Schuster, against William A. Humphrey and others, commissioners, etc. No opinion. Determination of commissioners confirmed, without costs. All concur, except BARTLETT and HATCH, JJ., dissenting.

PEOPLE ex rel. STEPHENSON, Appellant, v. MARTIN et al., Respondents. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Certiorari by the people of the state of New York, on the relation of John T. Stephenson, against J. J. Martin and others. John Vincent, for appellant. F. M. Scott, for respondents.

VAN BRUNT, P. J. Upon an examination of the record in this case, it appears not only that the errors which resulted in the reversal of the criminal conviction of the relator are contained therein, but others even more aggravated. In the determination of this case the commissioners do not seem to have paid the slightest regard to evidence. The relator has been found guilty on charges in respect to which there was not the slightest scintilla of proof, and we are unable to see upon the record, as it is presented to us, how the corporation counsel could have taken any other or different position in respect to this proceeding than he has done. The proceedings should be annulled, and the relator reinstated, with costs.

PEOPLE ex rel. VAN GIESON v. SPECIAL TERM. (Supreme Court, Appellate Division, Second Department. December 21, 1897.) Action by the people of the state of New York, on the relation of Ira T. Van Gieson, against the special term, etc. No opinion. Application for writ of prohibition denied.

PEOPLE ex rel. WARD v. UPTOWN ASS'N. (Supreme Court, Appellate Division, First Department. November 12, 1897.) Action by the people of the state of New York, on the relation of J. Carlton Ward, against the Uptown Association. No opinion. Motion granted. See 41 N. Y. Supp. 154.